

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00105-CV

| | | |
|---|---|---|
| Sunny Obgomo and Joan Kyangungu | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-004764-1) |
| v. | § | December 18, 2014 |
| American Homes 4 Rent Properties Two, LLC, a Delaware Limited Liability Company | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Sunny Obgomo and Joan Kyangungu shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker